UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVMPD, *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER**<br>And<br>**REPORT AND RECOMMENDATION**<br>**Re: ECF No. 61** |

Before the Court is Defendants' Response to Court's Order (ECF No. 61). The history of this case and issues leading to Defendants' filing are provided in ECF No. 59 and are not repeated here.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Clerk of Court **shall** issue a Summons for Larry Williamson and deliver the same to the U.S. Marshal for service together with **a copy of ECF No. 59, a copy of this Order,** and **a copy of Plaintiff's Second Amended Complaint** (ECF No. 15) for service on Defendant Larry Williamson care of Naphcare's registered agent Registered Agents Legal Services, Ltd., 112 N Curry St., Carson City, NV, 89703;

2. The Clerk of Court **shall** issue a Summons for Jesse Reynolds and deliver the same to the U.S. Marshal for service together with **a copy of ECF No. 59, a copy of this Order,** and **a copy of Plaintiff's Second Amended Complaint** (ECF No. 15) for service on the address provided by Defendants in ECF No. 61 at 2, lines 8-9;

3. The Clerk of Court **shall** issue a Summons for Gerald Razzo and deliver the same to the U.S. Marshal for service together with **a copy of ECF No. 59, a copy of this Order,** and **a copy of Plaintiff's Second Amended Complaint** (ECF No. 15) for service on the address provided by Defendants in ECF No. 61 at 2, lines 12-13;

4. The Clerk of Court **shall** issue a Summons for Robert Neumiller and deliver the same to the U.S. Marshal for service together with **a copy of ECF No. 59, a copy of this Order,** and **a

1  **copy of Plaintiff's Second Amended Complaint** (ECF No. 15) for service on the address provided
2  by Defendants in ECF No. 61 at 2, lines 23-24;

3       5.    The Clerk of Court **shall** issue Summonses for Kimberly Shrewsbury and Cheryl
4  Whetsel, and contact counsel for Defendants who is authorized to accept service for Ms. Shrewsbury
5  and Ms. Whetsel;

6       6.    The Clerk of Court **shall** issue such summonses and deliver the same to the U.S.
7  Marshal's Service Office within **seven (7) court days** of the date of this Order; and,

8       7.    The U.S. Marshal **shall** effect service on each of the above within **twenty-one (21)**
9  **calendar days** of the date of this Order.

## REPORT AND RECOMMENDATION

11  IT IS FURTHER ORDERED that Defendant Karla has not been identified by last name and
12  no further information has been provided by Plaintiff despite substantial time and opportunity to do
13  so. *See* ECF Nos. 31 and 59. Therefore, is it hereby recommended that Defendant Karla be
14  dismissed with prejudice.

15  DATED: May 27, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).