UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>        Plaintiff,<br><br>    v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,<br><br>        Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

    Before the Court is Defendants' Expedited Motion to File Affidavits of Service Under Seal (ECF No. 64). Specifically, Defendants properly point out that the Court ordered service on Defendants' Reynolds, Razo, and Neumiller at addresses for each arising from documents filed by Defendants under seal. However, the Court mistakenly failed to include an order requiring the U.S. Marshal to file any return of service for each of these individuals under seal.

    Accordingly, IT IS HEREBY ORDERED that Defendants' Expedited Motion to File Affidavits of Service Under Seal (ECF No. 64) is GRANTED.

    IT IS FURTHER ORDERED that any affidavit of service for Defendants Reynolds, Razo, and Neumiller be filed under seal.

    IT IS FURTHER ORDERED that the Clerk of Court shall immediately deliver a copy of this Order to the U.S. Marshal Service.

DATED: June 8, 2020

                                                 _____
                                               ELAYNA J. YOUCHAH
                                               UNITED STATES MAGISTRATE JUDGE