UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMON MURIC-DORADO, | Case No. 2:18-cv-01184-JCM-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al, | |
| Defendants. | |

Before the Court is Plaintiff's Judicial Notice in which he states he attempted to electronically file a Motion to Appoint Counsel. *See* ECF No. 78 at 1. The Court notes that no Motion to Appoint Counsel is filed or attached to any other motion Plaintiff has filed with the Court.

Dated this 30th day of June, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1