UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>  Plaintiff,<br><br>  v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,<br><br>  Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**AMENDED ORDER** |

The Court amends its prior Order regarding Plaintiff's Motion to Appoint Counsel. The Court has located the Motion, which will be separately docketed.

IT IS HEREBY ORDERED that the Clerk of Court shall separate and electronically file Plaintiff's Motion to Appoint Counsel attached to ECF No. 76, pages 60 through 69.

Dated this 30th day of June, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1