UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAMON MURIC-DORADO,

                Plaintiff

  v.

LVMPD et al.,

                Defendants

Case No.  2:18-cv-01184-JCM-EJY

ORDER

Presently before the court is the magistrate judge's report and recommendation ("R&R"). (ECF No. 62).

Judge Youchah recommends dismissing defendant "Karla" without prejudice.  (*Id.*). Plaintiffs failed to identify defendant with a last name and "no further information has been provided . . . despite substantial time and opportunity to do so."  (ECF Nos. 31 & 59).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed.  *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a de novo review to determine whether to adopt the recommendation of the magistrate judge.  Upon reviewing the recommendation and attendant

1  circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

2      Accordingly,

3      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Youchah's R&R

4  (ECF No. 62) be, and the same hereby is, ADOPTED.

5      IT IS FURTHER ORDERED that Defendant Karla is hereby DISMISSED with prejudice.

6      DATED July 13, 2020.

   _____
   UNITED STATES DISTRICT JUDGE