UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,<br><br>Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

Before the Court is Las Vegas Metropolitan Police Department's ("LVMPD") Motion to Extend Discovery (1st Request). ECF No. 87. No opposition to this Motion was filed.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that LVMPD's Motion to Extend Discovery (ECF No. 87) is GRANTED.

IT IS FURTHER ORDERED that the following new dates shall apply:

- Discovery Cutoff shall be December 24, 2020. All written discovery must be propounded, if by mail, at least 33 days prior to this date. All depositions must be noticed no later than two weeks before the discovery cutoff date and must occur by or before December 24, 2020.
- Expert disclosures shall be due no later than October 26, 2020.
- Rebuttal expert disclosures shall be due no later than November 24, 2020.
- Dispositive motions must be filed no later than January 25, 2021.
- The Joint Pretrial Order shall be due February 23, 2021; provided, however, that if dispositive motions are pending, this date shall be vacated and the due date for the Joint Pretrial Order shall be 30 days after the Court issues its order or orders on then-pending dispositive motions.

Dated this 29th day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1