UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Ramon Muric-Dorado's Motion for Judicial Notice (ECF No. 90). Also before the Court is Las Vegas Metropolitan Police Department and the Individual Defendants' Motion to Strike Plaintiff's Judicial Notice. ECF No. 98.

Plaintiff's Motion for Judicial Notice seeks to describe various alleged conditions at the Nevada Department of Corrections with which Plaintiff takes issue. ECF No. 90. Plaintiff alleges these conditions limit his access to the Court. *Id*. However, Plaintiff has filed five motions in the last six weeks. *See* ECF Nos. 76, 77, 84, 99, and 103. Thus, it does not appear that Plaintiff is having difficulty filing documents with the Court pertaining to his case.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Judicial Notice (ECF No. 90) is DENIED.

IT IS FURTHER ORDERED that LVMPD Defendants' Motion to Strike Plaintiff's Judicial Notice (ECF No. 98) is DENIED as moot.

DATED: August 5, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE