UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO, | Case No. 2:18-cv-01184-JCM-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Request for Reservice of Summons/Complaint to Unserved Defendants (ECF No. 84). No response to this Request was filed by Defendants.

Plaintiff's Motion seeks reservice of named defendants Robert Neumiller and Larry Williamson. The Court denies this request. The Court has provided Plaintiff substantial opportunity to identify and serve defendants, issuing summonses to all known addresses located for each named defendant. On June 10, 2020, the U.S. Marshal Service attempted service on defendant Robert Neumiller at the last known address provided by the Las Vegas Metropolitan Police Department ("Metro"). Sadly, the U.S. Marshal Service was told on that date that Mr. Neumiller is deceased. With respect to defendant Larry Williamson, service was attempted through Naphcare's resident agent. This service attempt was based on Metro's representation that it believes Mr. Williamson was employed by Naphcare at the time the events about which Plaintiff complains. However, the registered agent for Naphcare refused service for Mr. Williamson. Despite the substantial passage of time, Plaintiff has provided no additional information regarding how to locate Mr. Williamson. Thus, with receipt of all information in Metro's possession regarding Mr. Williamson's location for purposes of service, there is nothing more that the Court will order at this time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Reservice of Summons/Complaint to Unserved Defendants (ECF No. 84) is DENIED.

Dated this 19th day of August, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE