UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,<br><br>Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for 90-day Extension of Current Discovery Schedule Deadlines.[1] ECF No. 114. On October 7, 2020, Defendant NaphCare, Inc. filed its Joinder and Non-Opposition (ECF Nos. 115 and 117, respectively) to Plaintiff's Motion.

Plaintiff seeks a ninety-day extension of discovery deadlines because his case was accepted into the Legal Aid Center of Southern Nevada's pro bono program on September 28, 2020. ECF No. 114 at 1. In support of his request, Plaintiff has attached a letter from the Legal Aid Center that states it generally takes between thirty and ninety days to find a volunteer attorney to handle a pro bono case. *Id.* at 3. NaphCare joins the request because it needs additional time to conduct discovery, "including retaining and disclosing appropriate experts, serving written discovery, and taking Plaintiff's deposition." ECF No. 117 at 2. Plaintiff and NaphCare provide good cause for the extension requested.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for 90-day Extension of Current Discovery Schedule Deadlines (ECF No. 114) is GRANTED.

IT IS FURTHER ORDERED that the following discovery schedule shall apply:

- Discovery cutoff shall be March 24, 2021. All written discovery must be propounded, if by mail, at least thirty-three (33) days prior to this date. All depositions must be noticed

---

[1] The Court has made typographical changes to the title of Plaintiff's Motion for the sake of clarity.

no later than two weeks before the discovery cutoff date and must occur by or before March 24, 2021.

- Initial expert disclosures shall be due no later than January 25, 2021.
- Rebuttal expert disclosures shall be due no later than February 22, 2021.
- Dispositive motions shall be due no later than April 26, 2021.
- The Joint Pretrial Order shall be due no later than May 24, 2021.  However, if dispositive motions are pending at that time, this date shall be vacated and the due date for the Joint Pretrial Order shall be thirty (30) days after the Court issues its order(s) on the then-pending dispositive motions.

DATED THIS 8th day of October, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE