UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAMON MURIC-DORADO,

       Plaintiff

 v.

LVMPD et al.,

       Defendants

Case No.  2:18-cv-01184-JCM-EJY

ORDER

   Presently before the court is the matter of *Muric-Dorado v. LVMPD et al.*, case number 2:18-cv-01184-JCM-EJY.  Plaintiff Ramon Muric-Dorado filed his second amended complaint on March 18, 2019.  (ECF No. 15).

   Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

   More than 90 days have elapsed since the instant action was filed.  To date, plaintiff has not served two defendants: Neumuller, 9416, also known as Robert Neumuller ("Neumuller") and Green.

   On September 28, 2020, the court gave plaintiff notice of its intent to dismiss his claims against the above parties pursuant to Fed. R. Civ. P. 4(m).  Plaintiff has not responded, served defendants Neumuller and Green, or otherwise appeared.

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's claims against defendants Neumuller, 9416, also known as Robert Neumuller, and Green be, and the same hereby are, DISMISSED.

DATED July 13, 2020.

_____
UNITED STATES DISTRICT JUDGE