UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,<br><br>Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendant NaphCare, Inc.'s Motion to Extend Discovery Deadlines (ECF No. 122), the Las Vegas Metropolitan Police Department's Joinder thereto (ECF No. 123), and Plaintiff Ramon Muric-Dorado's Non-Opposition (ECF No. 124).

Good cause appearing for the extension requested, IT IS HEREBY ORDERED that Defendant NaphCare, Inc.'s Motion to Extend Discovery Deadlines (ECF No. 122) is GRANTED.

IT IS FURTHER ORDERED that the discovery deadlines for Initial Expert Disclosures, Rebuttal Expert Disclosures, Close of Discovery, Dispositive Motions, and the Joint Pretrial Order shall be as stated on page 5 of Defendant NaphCare, Inc.'s Motion.

DATED THIS 8th day of January, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE