UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,<br><br>Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

Before the Court is the Las Vegas Metropolitan Police Department's (the "LVMPD") counsel's Response to the Court's Order. ECF No. 130.

On January 20, 2021, the Court ordered LVMPD to file a notice with the Court indicating whether it would accept service of process on four newly identified Defendants including Tanya Vai ("Vai"), Darren Hardin ("Hardin"), Bryce Walford ("Walford"), and Banagan. ECF No. 126 at 5. LVMPD was also ordered to file, under seal, the last known addresses of any of the above four Defendants for whom it could not accept service and, if appropriate, the correct and full names for each Defendant for whom service is not accepted. *Id*.

On January 27, and February 1, 2021, LVMPD filed responses to the Court's Order. ECF Nos. 130 and 132. Defense counsel will accept service on behalf of Defendants Vai and Walford; cannot accept service for Defendant Hardin because he is no longer employed by LVMPD; and, cannot identify Defendant Banagan based on the information contained in Plaintiff's operative Second Amended Complaint. ECF No. 130 at 1-2. LVMPD's counsel requests the U.S. Marshal contact its office to coordinate the time and date of service on Defendants Vai and Walford. *Id*. at 2-3. Defense counsel has provided a last known address for Defendant Hardin.

Accordingly,

IT IS HEREBY ORDERED that the U.S. Marshal shall contact Defendant LVMPD's counsel within **seven (7) court days** of this Order at (702) 792-7000 to coordinate the date and time of service on Defendants Tanya Vai and Bryce Walford.

1  IT IS FURTHER ORDERED that the date and time of service on Defendants Tanya Vai and
2  Bryce Walford must be within **fourteen (14) court days** of this Order.

3  IT IS FURTHER ORDERED that the Clerk of Court shall issue summons for Defendant
4  Darren Hardin.  The Clerk of Court shall send the summons to the U.S. Marshal with the address
5  provided under seal for this individual (ECF No. 132).

6  IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of Plaintiff's
7  Second Amended Complaint (ECF No. 15), **one** copy of the Court's Screening Order (ECF No. 22),
8  and **one** copy of this Order to the U.S. Marshal for service on Defendant Darren Hardin.

9  IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of the USM-285
10  form to Plaintiff.

11  IT IS FURTHER ORDERED that Plaintiff shall have until **March 2, 2021** to complete the
12  USM-285 service form and return it to the U.S. Marshal, United States Courthouse, 333 Las Vegas
13  Blvd. South, Las Vegas, Nevada 89101.

14  IT IS FURTHER ORDERED that the U.S. Marshal **shall** attempt to effect service within
15  **fifteen (15) court days** of the date he receives Plaintiff's USM-285.

16  IT IS FURTHER ORDERED that Plaintiff shall have **21 days** from the date the U.S. Marshal
17  returns to Plaintiff a copy of the USM-285 form showing whether service has been accomplished to
18  file a notice with the Court stating whether Defendant Darren Hardin was served.

19  IT IS FURTHER ORDERED that Plaintiff shall have until **March 2, 2021** to file a notice
20  providing more-detailed information regarding the defendant currently identified only as "Banagan."
21  Absent good cause, this is the last time Plaintiff shall be permitted to attempt to identify Defendant
22  Banagan.

23  IT IS FURTHER ORDERED that if Plaintiff fails to follow this Order, Plaintiff's claims
24  against Defendants Darren Hardin and Banagan may be subject to dismissal for failure to complete
25  service of process pursuant to Fed. R. Civ. P. 4(m).

26  DATED THIS 2nd day of February, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE