LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Richard Newman, Angela Patton,*
*James Portello, Cesar Esparza,*
*Kenneth Kelsey, Rogelio Mariscal,*
*Tutulupeatau Mataele, Raymond Bunch,*
*Kimberly Shrewsberry, Cheryl Whetsel,*
*Gerald Razo, and Jesse Reynolds*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>Defendants. | CASE NO.: 2:18-cv-01184-JCM-EJY<br><br>**LVMPD DEFENDANTS' MOTION TO AMEND/CLARIFY THE COURT'S ORDER**<br>**[ECF No. 133]** |

Defendants Richard Newman, Angela Patton, James Portello, Cesar Esparza, Kenneth Kelsey, Rogelio Mariscal, Tutulupeatau Mataele, Raymond Bunch, Kimberly Shrewsberry, Cheryl Whetsel, Gerald Razo and Jesse Reynolds, by and through their counsel, Kaempfer Crowell, hereby move to amend/clarify the Court's recent Order, (ECF No. 133), instructing service on named defendants.

1   In the January 27, 2021 Response, (ECF No. 130), defense counsel noted that the Las Vegas Metropolitan Police Department is "authorized to accept service" for named defendants Vai and Walford.  The Response added that service of these two defendants could be made at "LVMPD's headquarters," meaning at 400 S. Martin L. King Blvd., Las Vegas, NV 89106.  The U.S. Marshall's office could contact defense counsel for assistance, if needed.

However, the Court's recent Order states that "*Defense counsel* will accept service on behalf of Defendants Vai and Walford." (Order 1:19, ECF No. 130) (emphasis added).  Because defense counsel is not currently authorized that accept service for these named defendants, the Court's Order requires a minor modification.  That modification would note that only the Las Vegas Metropolitan Police Department can accept service for these named defendants, not Kaempfer Crowell.  To make this minor modification, attached below a Proposed Order for the Court.

DATED this 4th day of February, 2021.

KAEMPFER CROWELL

By:  */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants
Richard Newman, Angela Patton,
James Portello, Cesar Esparza,
Kenneth Kelsey, Rogelio Mariscal,
Tutulupeatau Mataele, Raymond Bunch,
Kimberly Shrewsberry, Cheryl Whetsel,
Gerald Razo, and Jesse Reynolds*

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2743489_1.doc  6943.192

Page 2 of 5

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>Defendants. | CASE NO.:   2:18-cv-01184-JCM-EJY<br><br>~~[PROPOSED]~~ ORDER |

On February 2, 2021, the Court entered an Order, (ECF No. 133), directing service on named defendants Tanya Vai and Bryce Walford. Because only the Las Vegas Metropolitan Police Department can accept service of these two defendants, rather than defense counsel, the Court now modifies its prior Order to reflect the following:

**IT IS HEREBY ORDERED** that the U.S. Marshal shall serve Defendants Tanya Vai and Bryce Walford with this lawsuit at the Las Vegas Metropolitan Police Department's headquarters located at 400 S. Martin L. King Blvd., Las Vegas, NV 89106, at the reception desk in building "B."

**IT IS FURTHER ORDERED** that the date and time of service on Defendants Tanya Vai and Bryce Walford must be within fourteen (14) court days of this Order.

**IT IS FURTHER ORDERED** that the U.S. Marshal may contact current defense counsel of Kaempfer Crowell within seven (7) court days of this Order at (702) 792-7000, if needed, for guidance.

///

///

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order, (ECF No. 133), will remain in effect.

DATED THIS 5th day of February, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE