UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al,<br><br>Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

On January 20, 2021, the Court ordered LVMPD to file a notice with the Court indicating whether it would accept service of process on four newly identified Defendants, including an individual only identified as "Banagan." ECF No. 126 at 5. LVMPD was also ordered to file, under seal, the last known addresses of any of the above four Defendants for whom it could not accept service and, if appropriate, the correct and full names for each Defendant for whom service is not accepted. *Id*.

On January 27, 2021, LVMPD filed a response to the Court's Order. ECF No. 130. *Inter alia*, LVMPD stated it could not identify Defendant Banagan based on the information contained in Plaintiff's operative Second Amended Complaint. ECF No. 130 at 2.

On February 2, 2021, the Court issued its Order on Service directing Plaintiff to file a notice providing more-detailed information necessary to identify Defendant Banagan by March 2, 2021. ECF No. 133 at 2.

On February 5, 2021, Plaintiff timely submitted a response to the Court's Order on Service identifying Defendant Banagan as "Kyle Banagan." ECF No. 137 at 1. On February 10, 2021, LVMPD submitted a Notice of Defendant Banagan's last known address under seal for service of process based on the information Plaintiff provided in his response. ECF No. 143 at 2.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall issue summons for Defendant Kyle Banagan to the U.S. Marshal with the last known address provided under seal for this individual. *Id*.

IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of Plaintiff's Second Amended Complaint (ECF No. 15), **one** copy of the Court's Screening Order (ECF No. 22), and **one** copy of this Order to the U.S. Marshal for service on Defendant Kyle Banagan.

IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of the USM-285 form to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff shall have until **March 11, 2021** to complete the USM-285 service form and return it to the U.S. Marshal, United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that the U.S. Marshal **shall** attempt to effect service within **fifteen (15) days** of the date he receives Plaintiff's USM-285.

IT IS FURTHER ORDERED that Plaintiff shall have **21 days** from the date the U.S. Marshal returns to Plaintiff a copy of the USM-285 form showing whether service was accomplished to file a notice with the Court stating whether Defendant Kyle Banagan was served.

DATED THIS 11th day of February, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE