UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO, | Case No. 2:18-CV-1184 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Elayna J. Youchah's order and report and recommendation ("R&R"). (ECF No. 165). Also before the court is pro se plaintiff Ramon Muric-Dorado's motion for the court to accept the R&R. (ECF No. 169).

No objections were made to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Youchah's R&R (ECF No. 165) be, and the same hereby is, ACCEPTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that Muric-Dorado's motion (ECF No. 169) be, and the same hereby is, DENIED as moot.

DATED June 16, 2021.

_____
UNITED STATES DISTRICT JUDGE