UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et.*,<br><br>Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Reservice of USM-285 Service Form for Defendant Christopher Tate to Accept Service of Process by U.S. Marshal. ECF No. 182. Plaintiff is now represented by Charles Goodwin who was appointed as pro bono counsel for Plaintiff on July 13, 2021. ECF No. 185. If Plaintiff's counsel wishes to have service again attempted on Christopher Tate, then Plaintiff's counsel shall file a motion with the Court if he so choses. Plaintiff's Motion is dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Reservice of USM-285 Service Form for Defendant Christopher Tate to Accept Service of Process by U.S. Marshal (ECF NO. 182) is DENIED without prejudice.

IT IS FURTHER ORDERED that if Plaintiff's counsel wishes to have service again attempted on Christopher Tate, Plaintiff's counsel shall file a motion with the Court if he so choses.

Dated this 14th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE