UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>v.<br><br>LVMPD, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

Before the Court is the Motion to Withdraw as Counsel. ECF No. 210. In an effort to consider this Motion and provide Plaintiff and his counsel an opportunity to be heard, the Court sets a video conference hearing as stated below.

IT IS HEREBY ORDERED that in light of Plaintiff's in-custody status at High Desert State Prison, the Warden of High Desert State Prison or his designee **must** make the necessary arrangements for Plaintiff to appear by videoconference for a hearing on **July 10, 2023 at 10:30 a.m.**

IT IS FURTHER ORDERED that the Warden of High Desert State Prison or his designee **must** provide **ELVIA GARCIA**, Courtroom Deputy for the undersigned, with the video conference reservation number and the telephone number at which Plaintiff can be reached **no later than 12:00 noon on July 7, 2023**.

IT IS FURTHER ORDERED that Plaintiff's Counsel Charles R. Goodwin **must** be present by the Zoom video conference platform. Mr. Goodwin **must** email Ms. Garcia at **Elvia_Garcia@nvd.uscourts.gov, by 12:00 p.m. on July 7, 2023**, and provide his email address. Ms. Garcia shall then email all participants, other than Mr. Muric-Dorado, a Zoom link.

Dated this 23rd day of June, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1