UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>  Plaintiff,<br><br>  v.<br><br>LVMPD, *et al.*,<br><br>  Defendants. | Case No. 2:18-cv-01184-JCM-EJY<br><br>**ORDER** |

The Court understands that Plaintiff Ramon Muric-Dorado, who is no longer in custody, may not have received notice of the July 10, 2023, 10:30 a.m. hearing set to discuss counsel's Motion to Withdraw (ECF No. 210).

Accordingly, IT IS HEREBY ORDERED that the hearing set for Monday, July 10, 2023, at 10:30 a.m., is **VACATED**.

IT IS FURTHER ORDERED that the hearing on the Motion to Withdraw as Counsel for Plaintiff Ramon Muric-Dorado is reset for **Tuesday, July 18, 2023, at 10 a.m. in Courtroom 3A**. Counsel for the parties and Mr. Muric-Dorado **must** appear **in person** for this hearing.

IT IS FURTHER ORDERD that counsel for Mr. Muric-Dorado **must** use all reasonable efforts (U.S. Mail, electronic mail, telephone, and any other method reasonably available) to contact Mr. Muric-Dorado to advise him of this Order, the July 18, 2023 hearing, and that he must appear in person for that hearing.

Dated this 7th day of July, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1