UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RAMON MURIC-DORADO,

        Plaintiff,

    v.

LVMPD, *et al.*,

        Defendants.

Case No. 2:18-cv-01184-JCM-EJY

**ORDER**

       Pending before the Court is Defendant's Motion for Leave to Take Plaintiff Ramon Muric-Dorado's Deposition (ECF No. 226).  The Court understands Defendant must seek the Court's permission to take the deposition of Plaintiff.  In this case, the Court has no reason to deny the request absent objection by Plaintiff.  Plaintiff is represented by counsel.  For this reason, the Court directs Defendant to meet and confer with Plaintiff's counsel to (1) determine if there is any objection to Defendant's request to depose Plaintiff, and (2) discuss dates on which the deposition may occur.

       Accordingly, IT IS HEREBY ORDERED that counsel for Defendant and counsel for Plaintiff **must**, no later than **March 8, 2024**, meet and confer regarding Defendant's request to take the deposition of Plaintiff to (1) determine if there is any objection to Defendant's request to depose Plaintiff, and (2) discuss dates on which the deposition may occur.

       IT IS FURTHER ORDERED that if there is no objection to the deposition, the parties **must** file, no later than **March 12, 2024**, a stipulation that withdraws the pending Motion for Leave and presents the agreement of the parties.  If a date certain for the deposition cannot be set because coordination with the facility in which Plaintiff is housed is pending, the stipulation need only reflect this fact.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS FURTHER ORDERED that if Plaintiff objects to the deposition, Plaintiff's response to the pending Motion for Leave **must** be filed no later than **March 15, 2024.**

Dated this 28th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE