Paul A. Cardinale, SBN 8394
Melanie B. Chapman SBN 6223
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@med-defenselaw.com
Melanie.Chapman@med-defenselaw.com

Southern Nevada Office:
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-8116
Attorney for Defendant NAPHCARE, INC. an Alabama Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>                Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>                Defendants. | CASE NO.: 2:18-cv-01184-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT NAPHCARE, INC. WITH PREJUDICE** |

Plaintiff, RAMON MURIC-DORADO, by and through his attorney of record, Charles R. Goodwin, Esq., of Goodwin Law Group and Defendant, NAPHCARE, INC., by and through their attorney of record, Paul A. Cardinale, Esq. and Melanie B. Chapman, Esq., of Medical Defense Law Group, hereby stipulate and agree that Defendant, NAPHCARE, INC., shall be dismissed with prejudice. Each party is to bear their own costs and attorneys' fees.

DATED this 6th day of September, 2024.
**GOODWIN LAW GROUP**

*/s/ Charles Goodwin*
_____
CHARLES GOODWIN
Nevada Bar No. 14879
*Attorneys for Plaintiff*
*Ramon Muric-Dorado*

DATED this 6th day of September 2024.
**MEDICAL DEFENSE LAW GROUP**

*/s/ Melanie B. Chapman*
_____
PAUL A. CARDINALE
Nevada Bar No. 8394
MELANIE B. CHAPMAN
Nevada Bar No. 6332
*Attorneys for Defendants*

1

# ORDER

Based on the foregoing Stipulation:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant NAPHCARE, INC. shall be dismissed from the above-referenced matter with prejudice. Each party is to bear their own attorneys' fees and costs.

DATED September 13, 2024.

_____
**UNITED STATES DISTRICT JUDGE**