LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants
Richard Newman, Angela Patton,
James Portello, Cesar Esparza,
Kenneth Kelsey, Rogelio Mariscal,
Tutulupeatau Mataele, Raymond Bunch,
Kimberly Shrewsberry, Cheryl Whetsel,
Gerald Razo, Jesse Reynolds,
Bryce Walford, Tanya Vai, Kyle Banagan,
Ty-Yiviri Glover, Stephen White, Christopher Hunter,
Douglas Taylor, Michael Chambers, and Mitchell Green*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMON MURIC-DORADO,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>Defendants. | CASE NO.: 2:18-cv-01184-JCM-EJY<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>(Second Request)<br>**[ECF No. 251]** |

The parties by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of June 16, 2025, for thirty (30) days, until **July 16, 2025** as Defendants' Counsel will require additional time to prepare the dispositive motions due to the number of Defendants.

/ / /

I.  **DISCOVERY COMPLETED TO DATE**

Ramon Muric-Dorado ("Plaintiff") and Defendants Richard Newman, Angela Patton, James Portello, Cesar Esparza, Kenneth Kelsey, Rogelio Mariscal, Tutulupeatau Mataele, Raymond Bunch, Kimberly Shrewsberry, Cheryl Whetsel, Gerald Razo, Jesse Reynolds, Bryce Walford, Tanya Vai, Kyle Banagan, Ty-Yiviri Glover, Stephen White, Christopher Hunter, Douglas Taylor, Michael Chambers, and Mitchell Green ("LVMPD Defendants"), have exchanged their initial Rule 26 Disclosures. The LVMPD Defendants provided nine (9) supplements to their Rule 26 Disclosures during discovery. Plaintiff served interrogatories on June 15, 2020 on the individual LVMPD Defendants (Richard Newman, Angela Patton, James Portello, Cesar Esparza, Kenneth Kelsey, Rogelio Mariscal, Tutulupeatau Mataele, and Raymond Bunch), and two requests for production of documents. The LVMPD Defendants responded to the interrogatories and requests for production of documents. The LVMPD Defendants served Requests for Admissions on Plaintiff on September 15, 2022, and Plaintiff provided responses on October 21, 2022 to the first forty Requests for Admissions and both objected to and denied all subsequent Requests for Admissions. The LVMPD Defendants served Requests for Production of Documents on Plaintiff on September 15, 2022.

The LVMPD Defendants took the deposition of Plaintiff on March 29, 2024 and May 17, 2024.

Throughout October 2024, each individual LVMPD Defendant served requests for admissions and interrogatories on Plaintiff, which were specific to the remaining claims in this matter. Following a hearing on the LVMPD Defendants' Motion to Compel, Plaintiff provided responses. On January 15, 2025, Plaintiff served interrogatories on eleven (11) individual LVMPD Defendants and a request for production of documents. The LVMPD Defendants provided their responses to all interrogatories and the requests for production of documents on February 13, 2025.

## II. DISCOVERY YET TO BE COMPLETED

Discovery is completed. The parties are requesting an extension of the current dispositive motion deadline only.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are requesting a thirty (30) day extension of the current dispositive motion deadline. There are twenty-one (21) Defendants in this matter. Counsel will be filing dispositive motions related to the claims against each Defendant. As such, Counsel will need additional time due to the number of Defendants and Motion that they anticipate filing.

## IV. PROPOSED EXTENDED DEADLINES

The Parties respectfully request this Court enter an order as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Dispositive Motion Deadline | June 16, 2025 | July 16, 2025 |
| Pre-Trial Order Deadline | July 16, 2025 | August 15, 2025 |

### A. Motions in Limine/*Daubert* Motions.

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial. Oppositions shall be filed and served and the motion submitted for decision 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

### B. Extensions or Modification of the Discovery Plan and Scheduling Order.

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before

the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

      (a)    A statement specifying the discovery completed;

      (b)    A specific description of the discovery that remains to be completed;

      (c)    The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

      (d)    A proposed scheduled for completing all discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   This request for an extension is made in good faith and joined by all the parties in this case.

2   The Request is timely.  Trial is not yet set in this matter and dispositive motions have not yet been

3   filed.  Accordingly, this extension will not delay this case.  Moreover, since this request is a joint

4   request, neither party will be prejudiced.  The extension will allow Counsel time to prepare the

5   necessary dispositive motions for all the Defendants.

6   DATED this 13th day of May, 2025.                    DATED this 14th day of May, 2025.

7   GOODWIN LAW GROUP                                     KAEMPFER CROWELL

8    /s/ Charles R. Goodwin                                /s/ Lyssa S. Anderson

9   CHARLES GOODWIN                                       LYSSA S. ANDERSON
    Nevada Bar No. 14879                                  Nevada Bar No. 5781
10  3100 W Charleston Blvd                                TRAVIS STUDDARD
    Las Vegas, NV 89102                                   Nevada Bar No. 16454
11                                                        1980 Festival Plaza Drive, Suite 650
                                                          Las Vegas, Nevada  89135
12  **Attorneys for Plaintiff**
    **Ramon Muric-Dorado**
                                                          **Attorneys for Defendants**
13                                                        **Richard Newman, Angela Patton, James**
                                                          **Portello, Cesar Esparza, Kenneth Kelsey,**
14                                                        **Rogelio Mariscal, Tutulupeatau Mataele,**
                                                          **Raymond Bunch, Kimberly Shrewsberry,**
15                                                        **Cheryl Whetsel, Gerald Razo, Jesse**
                                                          **Reynolds, Bryce Walford, Tanya Vai, Kyle**
16                                                        **Banagan, Ty-Yiviri Glover, Stephen White,**
                                                          **Christopher Hunter, Douglas Taylor,**
17                                                        **Michael Chambers, and Mitchell Green**

18
    **IT IS SO ORDERED.**
19
    Dated this 15th day of May, 2025.
20

21
                                                          _____
22                                                        UNITED STATES MAGISTRATE JUDGE

23

24