| | |
|---|---|
| 1 | LYSSA S. ANDERSON |
|   | Nevada Bar No. 5781 |
| 2 | TRAVIS C. STUDDARD |
|   | Nevada Bar No. 16454 |
| 3 | KAEMPFER CROWELL |
|   | 1980 Festival Plaza Drive, Suite 650 |
| 4 | Las Vegas, Nevada  89135 |
|   | Telephone:   (702) 792-7000 |
| 5 | Fax:             (702) 796-7181 |
|   | landerson@kcnvlaw.com |
| 6 | tstuddard@kcnvlaw.com |
|   | *Attorneys for Defendants* |
| 7 | *Kyle Banagan, Raymond Bunch,* |
|   | *Michael Chambers, Cesar Esparza,* |
| 8 | *Ty-Yivri Glover, Mitchell Green,* |
|   | *Christopher Hunter, Kenneth Kelsey,* |
| 9 | *Rogelio Mariscal, Tutulupeatau Mataele,* |
|   | *Richard Newman, Angela Patton, James Portello,* |
| 10 | *Gerald Razo, Jesse Reynolds, Kimberly Shrewsberry,* |
|    | *Douglas Taylor, Tanya Vai, Bryce Walford,* |
| 11 | *Cheryl Whetsel, Stephen White* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAMON MURIC-DORADO, | CASE NO.:   2:18-cv-01184-JCM-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al. | |
| Defendants. | |

Defendants Michael Chambers, Ty-Yivri Glover, Stephen White (collectively, "LVMPD Defendants"), by and through their counsel, Kaempfer Crowell, and Plaintiff, Ramon Muric-Dorado ("Dorado"), by and through his counsel, Charles Goodwin, stipulate and agree that all of Plaintiff's claims pleaded against them in this matter are hereby dismissed with prejudice, with

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.192

Page 1 of 2

1  each party to bear their own attorney fees and costs.

2  Dated this 24th day of June, 2025.              Dated this 24th day of June, 2025.

3  KAEMPFER CROWELL                                 GOODWIN LAW GROUP

4  /s/ Lyssa S. Anderson                            /s/ Charles R. Goodwin

5  LYSSA S. ANDERSON (5781)                         CHARLES R. GOODWIN (14879)
   TRAVIS C. STUDDARD (16454)                       6671 S. Las Vegas Blvd.,
6  1980 Festival Plaza Drive, Suite 650             Building D Suite 210
   Las Vegas, Nevada 89135                          Las Vegas, NV 89119
7
   *Attorneys for Defendants*                       *Attorneys for Plaintiff Ramon Muric-Dorado*
8  *Kyle Banagan, Raymond Bunch,*
   *Michael Chambers, Cesar Esparza,*
9  *Ty-Yivri Glover, Mitchell Green,*
   *Christopher Hunter, Kenneth Kelsey,*
10 *Rogelio Mariscal, Tutulupeatau Mataele,*
   *Richard Newman, Angela Patton, James*
11 *Portello, Gerald Razo, Jesse Reynolds,*
   *Kimberly Shrewsberry, Douglas Taylor,*
12 *Tanya Vai, Bryce Walford, Cheryl Whetsel,*
   *Stephen White*

13

14                                         **ORDER**

15       IT IS SO ORDERED  July 3, 2025.

16

17                                         _____
                                           UNITED STATED DISTRICT COURT JUDGE

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.192

Page 2 of 2